NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TAJHON BODERICK WILSON,                     )
                                            )
            Appellant,                      )
                                            )
v.                                          )       Case No. 2D16-2866
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
_____)

Opinion filed April 4, 2018.

Appeal from the Circuit Court for Pinellas
County; Frank Quesada, Judge.

Tajhon Boderick Wilson, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jeffrey H. Siegel,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, KHOUZAM, and SALARIO, JJ., Concur.